IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-50-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TERRY GEORGE, JR., ) | |
| ) | |
| Defendant. ) | |

On March 14, 2016, Terry George, Jr. ("George"), moved for clarification of jail credit [D.E. 31]. On August 9, 2017, the government responded in opposition [D.E. 33].

George has not exhausted his administrative remedies. See id. at 2. Thus, the court DENIES the motion [D.E. 31].

SO ORDERED. This 18 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge